# OPINION INFORMATION TO PUBLISHERS

## FROM

## COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

CASE DOCKET NUMBER:            02-18-00033-CR

NAME OF CASE:                  QUINCY DEMOND BLAKELY

                               V.

                               THE STATE OF TEXAS

DATE OPINION FILED:            JUNE 14, 2018

DATE REHEARING FILED:

———————            ———————

TRIAL COURT:                   COUNTY CRIMINAL COURT NO. 5

TRIAL COURT JUDGE:             HON. COBY WADDILL

COUNTY:                        DENTON

———————            ———————

ATTORNEY FOR APPELLANT:        QUINCY DEMOND BLAKELY
                               PRO SE

ATTORNEY FOR STATE:            CATHERINE LUFT
                               ASST. CRIM. DIST. ATTY.
                               FORT WORTH, TX